IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRYANT ANTHONY BILLINGS,    *
ADC #093957                 *
                            *
            Plaintiff,      *
v.                          *
                            *   No. 4:14CV00674-SWW-JJV
JOHNSON, Doctor,            *
Pulaski County Jail; *et al.* *
                            *
            Defendants.     *

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Shawn Smith is dismissed from this action without prejudice.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 4th day of June, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE