IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| BRYANT ANTHONY BILLINGS, | * | |
| ADC #093957 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 4:14CV00674-SWW-JJV |
| JOHNSON, Doctor, | * | |
| Pulaski County Jail; *et al.* | * | |
| | * | |
| Defendants. | * | |

**ORDER**

Having reviewed Plaintiff's Fourth Amended Complaint (Doc. No. 94) for screening purposes,[1] the Court concludes that service is appropriate for Defendants Frank Onyeokeziri, C. Banister, and Bertha Lowe.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for the aforementioned Defendants, and the United States Marshal shall serve a copy of the Summons, Fourth Amended Complaint (Doc. No. 94), and this Order on these defendants without prepayment of fees and costs or security therefore. Service for all Defendants should be at the Pulaski County Regional Detention Facility, 3201 West Roosevelt Road, Little Rock, AR 72204.

DATED this 15th day of October, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).