# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| BRYANT ANTHONY BILLINGS, | * |
| ADC #093957 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 4:14CV00674-SWW-JJV |
| JOHNSON, Doctor, | * |
| Pulaski County Jail; *et al.* | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Jane/John Doe # 1 is DISMISSED without prejudice.

2. Plaintiff's claim for injunctive relief in his Fourth Amended Complaint (Doc. No. 94) is DENIED.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED  this 18th day of November, 2015.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE